*Class action Lawsuit on plaintiff one plaintiff 4 because Arkansas state prosecutors and Judges Dont do preliminary hearings and do not do indictments by a grand jury. They never presents evidence until trial*

x

x

*Class action Lawsuit on plaintiff one plaintiff 4 because Arkansas state prosecutors and Judges Dont do preliminary hearings and do not do indictments by a grand jury. They never presents evidence until trial*

## FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**IN THE UNITED STATES DISTRICT COURT**

FOR THE _western_ DISTRICT OF ARKANSAS

_____ DIVISION

CASE NO. _19-6047_ Larry Davis

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Apr 15, 2019
OFFICE OF THE CLERK

I.  Parties :

In items A below, place your full name, ADC #, and address in the spaces provided.  Do the same for additional plaintiffs, if any.

A.) Name of plaintiff _Larry David Davis_
ADC# _123330_
Address : _880 East Gaines St. Dermott, AR 71638_

Name of plaintiff _Darryl Lea_
ADC# _121024_
Address : _880 East Gaines St. Dermott AR 71638_

Name of plaintiff _Michael Pusha_
ADC# _105492_
Address : _880 East Gaines St. Dermott. AR 71638_

In item B below, place the full name, official position, place of employment, and address in the spaces provided.  Do the same for additional defendants, if any.

B.) _Larry Davis Prosecutor_ Name of defendant : _Larry Tegley_
Position : _Head Prosechtor of Pulaski county circuit courts_
Place of employment : _Pulaski county Prosecutors office_
Address : _224 Spring st. Little Rock, AR 72201_

_Larry Davis and Darryl Lea Judge_ Name of defendant : _Barry A Sims_
Position : _6th circuit 9th Division Courtroom Judge_
Place of employment : _9th Division 6th circuit courtroom_
Address : _401 west Markham st. Little Rock AR 72201_

_Larry Davis_ Name of defendant : _Ryan childers_
Position : _Police_
Place of employment : _Jacksonville Police Deptment_
Address : _1400 Marshal Rd Jacksonville AR 72076_

_Larry Davis_ Name of defendant : _Justin Hicks_
Position : _Ex Detective_
Place of employment : _Jacksonville Police Department_
Address : _1400 Marshal Rd. Jacksonville. AR 72076_

Class action? Defendants for claim #1, and claim #2 am in county AR county. They dont do preliminary hearings and the judge don't present evidence until trial

Name of defendant : Blake Badston

Position : Head Prosecutor of Clark county

Larry Davis prosecutor Place of employment: Clark county, AR Prosecutors office

Address : 414 court St. Arkadelphia. Arkansas

Larry Davis Judge Name of defendant : Greg Valdaman

Position 9th circuit court judge Division 1

Place of employment : clark county, AR circuit court 9th circuit Division 1

Address : 406 South 5th St. Arkadelphia, AR 71923

II. Are you suing the defendants in :

A.) official capacity only
B.) personal capacity only
(C.) both official capacity and personal

III. Previous lawsuits

A.) Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action ?  ☒ Yes ☐ No

B.) If your answer is **yes**, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) Parties to the previous lawsuit :

Plaintiffs : Larry David Davis

Defendants : LT Brian Daniel, Prosecutor Blake Badston, Detective Russell, Clark County Sheriff Department, Kim Giels Part owner of Southfork TruckStep

Court (if federal court, name the district; if state, name the county) : Western District

Docket Number :

Name of judge to whom case was assigned : Susan O Hickey

Disposition : (for example : Was the case dismissed ? Was it appealed ?) Dissmissed without Prejudice, appealed

Approximate date of filing lawsuit : 2-2019

Approximate date of disposition : 4-4-2019

IV. Place of present confinement : 880 East Gaines St. Dermott Arkansas. Delta Regional unit Priso

V. At the time of the alleged incident(s), were you : (Check the appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges;

__✓__ serving a sentence as a result of a judgment of conviction;

_____ in jail for other reasons (e.g. alleged probation violation, etc. )

**Delta Unit**
**Legal Use Only**

Name of Plaintiff: Larry Parker 3rd

APC# 660660

Address: 880 East Gaines St Dermott AR 71638

Larry
Parker
Prosecutor

Name of defendant: Brian Clary

Position: Deputy Prosecutor

Place of Employment: Saline county Prosecutors office

Address: 102 South main st, Benton, AR 72105

Larry
Parker
Judge

Name of defendant: Gary Arnold

Position: Judge

Place of Employment: Saline county court room circuit 2 Division

Address: 200 north main St Benton, AR 72105

Michael
Pusha
Judge

Name of Defendant: Chris PiaZZa

Position: Judge

Place of Employment: Pulaski county 2nd Division courtroom

Address: 401 West Markham St, Little Rock, AR 72201

Michael
Pusha
Prosecutor

Name of Defendant: Ashley Cavdell

Position: Prosecutor

Place of Employment: Pulaski county Prosecutors office

Address: 224 Spring st, Little Rock Arkansas 72201

**Delta Unit**
**Legal Use Only**

Darryl
Lea
Prosecutor

Name of defendant: Kim Davis

Position: Prosecutor

Place of Employment: Pulaski county Prosecutors office

Address: 224 Spring st. Little Rock, Arkansas 72201

Larry Davis
Clark
County
Prosecutor

Name of Defendants: Dan Turner

Position: Prosecutor

Place of Employment: Clark county Prosecutors office

Address: 414 court St Arkadelphia. Arkansas 71923

Larry
Davis
Judge
in clark
county, AR

Name of Defendant: Greg Vardaman

Position: circuit court Judge Division I

Place of Employment: clark county Arkansas 9th circuit Division I

Address: 412 crittenden street 2nd floor Arkadelphia, Arkansas

at the court Building complex

Explain: *in prison serving a 30 yr term for Clark after having a Pulaski county detainer on me for 20 months Pulaski county came and picked me up at prison without giving me a preliminary hearing and no indictment by a grand jury and took me to trial with no evidence and gave me 45 years prison term*

VI.   The prison litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit.  There is a prisoner grievance procedure in the Arkansas Department of Correction,  and in several county jails.  Failure to complete the exhaustion process provided as to each claims asserted in this complaint may result in the dismissal without prejudice of all claims raised in this complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint ?                                          ☐ Yes  ☒ No

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the Grievance procedure ?                        ☐ Yes  ☒ No

If **not**, why ? *because I was never housed in Pulaski county Jail, they was picking me up from prison without Probable cause and taking me to court and bringing me back to Prison*

Statement of Claim.

State here, (as briefly as possible), the facts of your case.  Describe how each Defendant is involved.  Include also the names of other people involved, dates, and places.  **Do not** give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

*Class action Lawsuit on claim #1 and claim #2*

*1. no indictment or presentment by a Grand Jury. Just charged by Prosecutors who filed information alone in violation of the 5th Amendment no one shall be held for a crime except on presentment or indictment by a Grand Jury. they never presented Prosecutors Evidence until trial January 17th of 22 and when I asked Judge about my 5th Amendment right to indictment by grand Jury he told me I'm in Arkansas now*

*2. Prosecutor and Judge never gave me a preliminary hearing. they never presented any evidence until trial. I asked about my right to a preliminary hearing 1-17-19 or 1-22-19 and the Judge told me that I'm in Arkansas and Arkansas dont do preliminary hearings or present evidence until trial. I was denied Due Process of Law*

*3. Deprived of my right to a Speedy trial. the prosecutor filed an information against me 5-4-17 while they had me in clark county AR Jail they knew where I was they still didnt take me to court until 16 months Later then took me to trial 21 months after the prosecutor filed an information 5-4-17. I went to trial 2-13-19*

*4. clark county Arkansas had me picked up and arrested at my house in memphis Tn at 696 Ayers St 38107, in violation of the 4th Amendment warrantless arrest 4-21-17 and once they got me to clark county AR Jail 5-19-17 they took my finger prints and 2 week later got my divers license out a letter that I was mailing home to my son and they gave my Drivers License*

*All These is my claims I Larry David Davis, Darryl Lea. Larry Parker and Michael Pisha along with the majority of the people in the state of Arkansas does not recieve a preliminary hearing or any Presenting of evidence before trial and the majority of the people if not Everybody did not recieve an indictment by a grand Jury I didnt Michael Pisha didnt Darryl Lea didnt and Larry Parker didnt*

Claim #4 continuing: License and fingerprints to Detective Hicks. and Detective Hicks claim that my driver License Picture that he got from clark county LT Detective Brian Daniel matched a Black man with a Red Baseball cap on his head on a video to him. and my fingerprints that Detective Hicks obtained from Brian Daniel of clark county Sherif Department, Detective Hicks Said that he matched my fingerprints to a theft at a citgo. and he claimed that my fingerprints that he obtained from clark county LT Detective Brian Daniel matched a black Box from citgo at my trial and I was found guilty at trial Because of these illegally obtained fingerprints evidence pursuant to a warrantless arrest and these fingerprints was the only Evidence presented at my trial.                                                 at my trial my Lawyer cross examined and questioned they fingerprint analyst Merrianne Stinnett the fingerprints matched to 13 different individuals, Merrianne Stinnett the Analyst said the fingerprints belonged to 13 different individuals, I was arrested at my house in memphis, Tn 4-21-17 2 months and a week after this crime happen and memphis, Tn is over thundred 40 miles from Jacksonville, AR and I didn't have nothing in my possession that Belong to no crime when they had me arrested 4-21-17, I did not commit these crimes yet I have been brought illegally to Arkansas and given 2 Life sentence in time 45 yrs from Pulaski county and 30 yrs from clark county.

Claim #5: Prosecutial Misconduct
I did not get on the stand so the Prosecutor couldn't bring my prior record and that I'm in prison for the same charges that I was on trial for. and the Prosecutor in the closing arguements right before the Jury went into the deliberating room the Prosecutor told the Jury

Page 2

claim # 5 continuing

about my prior Record and he told the Jury that I'm
in prison at this present time for these exact same charges
commercial Burglary charges and Theft charges and
B or E charges that I was given convictions for
from clark County courtroom in clark county Arkansas
he told the Jury that I was serving 2 30 yrs sentences and a
15 yr sentence running concurrent for the same exact charges
then he gave them some instructions to find me guilty to take
with Each Jury on a sheet of paper and Each Juror had to
take the prosecutor instructions written on a sheet of paper
instructions to find me guilty into the dileberating room
So that they could come back with a guilty verdict against
me, I did not commit these Theft, Burglary, B or E
crimes but I could not recieve a fair Trial the prosecutor made
Sure that I didnot recieve a fair trial, Arkansas State courts
don't go by the united states constitution, and the first 2
Sentences of the Sixth Amendment of the united states
constitution state: in all criminal prosecutions, the
accused shall enjoy the right to a speedy and public
trial.

Claim # 6 I llegal sentencing Double Jeopardy
The Prosecuter had me convicted of 2 of the Exact
Same charges for one offense They Just worded different
Commercial Burglary and Breaking or Entering. I was
Sentenced to 30 yrs for commercial Burglary and
15 yrs for breaking and Entering.

Claim # 7: Judge Barry A Sims compelled me to submit
in his court room to be fingerprinted with the black ink
Roller by the vindictive police Ryan childers of the
Jacksonville Police Department who was out to convict me
8 days before my trial 12-5-19 then 8 days after Ryan
childers was ordered to take my fingerprints in Barry Sims

Pge3

Claim # 7 continued: at the time I was compelled to be fingerprinted I had a 21 month delay in my trial

start book crowded courtroom 8days After Judge Barry A Sims compelled me to be fingerprinted By Police Ryan Childers 2-13-19 Ryan childers was a witness against me at my trial about these fingerprint results in order to convict me Ryan childers and the prosecutor said my fingerprints matched a Black Box, The finger point Analyst testified and it was brought out that the finger prints on the Black Box belonged to 13 different individuals. my fingerprints was already downstairs in Booking where they took my fingerprints 3 times when they Brought me from prison 880 East Gaines Dermott, AR if the police Ryan childers was doing something legal with my fingerprints, I was recieving malicious Prosecution thats what they clark county brought me to The State of Arkansas for LT Brian Daniel of Clark county was working with Police Ryan childers and Detective Justin Hicks of the Jacksonville police department LT Brian Daniel of Clark county told me about this Theft when he interrogated me he mention some polices was coming from Jacksonville to talk to me and why I didn't talk to them When they came to memphis to talk to me, and I would have to talk to them now that I'm here in ARKansas it's on video 5-22-17,

Claim # 8: Judge Barry A Sim told me 1-22-19 in his court room that I'm in ARkansas Now and They dont do preliminary Hearings and that they dont present Evidence until trial and that they dont do indictments by grandJurys this Arkansas, he told me this when I was asking about was this my omnibus hearing he said yes but they dont present evidence in ARKansas so I asked him a point my preliminary Hearing he told me that they dont do preliminary Hearings I'm in ARKan

Pge 4

Claim #8 continued

Sas so I asked him or told him that's it's my consti-
tutional Right to an indictment by a grand Jury
and he told me no and I told him that's a violation
of my constitutional Rights and I was laughed at
and looked down on in Barry A Sims court room
could you all Please get my court Transcript for 1-22-19
where I was refused my constitutional Rights By
Judge Barry A Sims and I want to make this
1983 clamplaint suit A class action lawsuit on the
complaint about claim #1 and claim #2 Because 90
percent of the people in Arkansas is Deprived of This
indictment by a grand Jury and is Deprived of
They preliminary Hearing and Arkasas state courts
do not present Evidence, the ominus word hearing is
Just being used to look like they present evidence
most people in Arkansas court is Just like me
They have been deprived of This constitutional
Rights to get around ever having to present any
evidence to unconstitutional convict us without due
process and send us to prison without Due process
of Law and the protection of the law


Claim # 9: There was no Evidence in my trial to Support
the Jury Verdict of guilty. the evidence was insufficient
as a matter of Law to Sustain the Jury Verdict, it was
Hearsay from the prosecutor he was saying that it was a fact
that I committed this burglary, theft all throughout my trial
he did a good Job of making me look Guilty to the Jury, instead
of letting the Jury look at the evidence and decide
according to the weight of the evidence by law. no witness
identified me as the person who committed these crimes the
fingerprint Analyst Said the fingerprint belonged to 13 different

Page 9

Claim# 9 continued: People or 13 individuals, the 3 witnesses the 2 detective that use to work at the Jacksonville Police department Detective Justin Hicks did not work as a Detective at the Jacksonville Police Department as a Detective or Police he was no longer working as a Law enforcement agent but he was still allowed to testify as a witness to a Video and he admitted that he did not know me and that he could not identify me as being the person on the video, and Jacksonville Police Ryan childers office admitted that he did not know me and that he could not identify me as being the person who committed these crimes. When I was arrested without a warrant in memphis, Tn at 686 Ayer st at my house I did not have in my possession anything from these crimes and I didn't know anything about these crimes and I didn't know anything about any items or anything from these crimes, there was not even circumstantial Evidence against me at my trial but the prosecuter was able to convince the jury on his word alone to find me guilty and to give me 45 years, I should not have been convicted on the prosecutor word initial, where inferences are relied upon they should point to guilt so clearly that any other conclusion would be inconsistent

Claim# 10: Denial of Due process of Law and Denial of the equal Protection of the laws: Jury conviction without no Evidence

2. it took 21 months for the prosecuter to take me to trial and me and my Lawyer never continued my case court dates the prosecuter in violation of the speedy trial 12 months to take a defendant to trial and the prosecuter knew that I was detained in clark county Jail because they was

claim# 10 continued

corresponding and Plotting my warrantless arrest fingerprints and
my driverlicense with LT Detective Brian Daniel
of clark county Sherriff Department they was networking
on how they could convict me and they Knew when clark
county arkansas sent me to the Arkansas Department of
correction they still waited from the time that they put a
warrant on me 5-4-17 until 1-13-19   21 months after
the prosecutor filed an information on me to take
me to trial.

2, they Deprived me of the right to a preliminary hearing
and Deprived me of my 5th Amendment right to indictment
by a grand Jury and they deprived me of going to court
from May 2017 through September 18th, 2018  violating my constit
utional right of the 6th Amendment to a speedy trial and Public trial
it was 21 months before the prosecutor took me to trial and me nor
my Lawyer continued my case ever, it was inticely on the prosecutor

Claim# 11: Evidence Pursuant to an illegal arrest:   Clark
county detained me without a warrant, they never arrested
me though they detained me after having me arrested at my
home in memphis, Tennessee without a warrant by 2 memphis  4-21-17
Shelby county Sherriff Deputies then a month later 5-19-17 clark
County came to memphis, To Jail and brought me to Clark county

pge 7

Claim#11 continued: Arkansas 2 hundred miles across the Tennessee state line to clark county ARkansas Jail in ARKadelphia when they got me to clark county AR Jail they finger printed me. and took my Drivers license out my Letter that I was mailing home from they Jail to my Son in memphis, Tn, and They gave my fingerprints and my Drivers License to Detective Justin Hicks of the Jacksonville Police Department and Detective Justin Hicks used my Drivers license and my finger prints obtained from clark county LT Detective Brian Daniel against me in trial to convict me, and Police Ryan Childers used my Drivers and finger prints that Was obtained from Brian Daniels of clark county against me at trial along with EXDetective Justin Hicks to convict me at trial 2-13-19 my fingerprints was obtained from Me illegally without a a warrant along with my drivers License when clark county first got me to they Jail 5-19-17 then they illegally went inside a letter that I mailed home to my Son 696 Ayers st memphis, Tn 38107 through they mail system at they Jail tied directly to the united states Post office. and to this day clark county Arkansas have not got a legal warrant Signed by a Judge. Still the warrant that they got 2 months and 5 days after they had me arrested was Signed by a clerk with no probable

Arkansas state court dont go by the united states constitution and they have nothing to substitute that's in agreement with the constitution need

and all Arkansas state courts constitution state Laws is suppose to be in agreement with the united states constitution because its a fact that the united states Constitution is the highest law in the united States of America. it explains how the government Should work. All other laws are based on the constitution. all state laws must agree with the states Constitution and each state constitution must agree with the united States constitution. the constitution was created in 1787 in Philadelphia Pennsylvania. 2 hundred and 32 years after the constitution of the united States of america was created and the Arkansas State courts still don't go by the united states constitution the state courts in Arkansas do whatever they want to as if they is not a part of America. and the state of Arkansas is a state that's in the middle of all the states in america. many many People have been unconstitutionally convicted in arkansas its been going on and continue to go on. clark county stores had me arrested at my house in memphis, Tn without a warrant and came to memphis Tn and picked me up without a warrant and held me, in they Jail until they coerced me into a plea of No contest on illegally obtained evidence. new pulaski county have came and picked me up from they State prison without probable cause and took me to trial 2 years after they filed an information on me and convicted me on the same clark county illegally obtained Evidence and they Prosecutor forced a conviction on both convictions because I did not commit the crimes and there was not even circumstantial evidence in neither conviction. and if I was from the state of Arkansas I would have been given 5 years or 10 years by me being a black man from memphis Tennessee they gave me 30 years in clark county and 45 years in pulaski county for totally non violent crimes, Pge 9

Claim# 11: Actual innocence because I didnot commit these crimes of commercial Burglaries and theft and B or E. I was arrested in memphis, Tn at my house 666 Ayers st 38107 without a warrant 17 days after these crimes in clark county ARKansas happen, I had nothing from neither crime found on me or in my house or around me no one identified me in neither crime in clark county or in trial in pulaski county. I was Just held in Jail in clark county without due process of Law, I was outright Deprived of the equal protection of the Laws because I am not from the state of AKansas, they Plan was to Just get me over across the Tennessee state line to 2 hundred miles into Arkansas wether I knew nobody and had no help and to carry out they illegal Vindictive plans on me in they courtrooms against the united states constitution and the first time that I even was brought to court in pulaski county was 19 months after this citgo theft Burglary happen and it was Exactly 2 years from the day this citgo theft Burglary happen when they took me to trial and convicted me with no evidence.

Claim# 12: no probable cause Pulaski county had no probable cause to have me in they courtroom, they said the finger prints and Drivers License they obtained from LT Brian Daniel of clark county Arkansas warrantless arrest was they Probable cause. in trial BOth suppose to be witnesses to a Video said on the stand they could not identify me as being the man on the Video, and they fingerprint analyst said the finger prints belonged to 13 individuals. and that was they only Evidence at trial, there never was no probable cause. they didnt need no probable cause. that was Lt Brian Daniel and clark County Sheriff Department whole reason for illegally bringing me to the State of Arkansas because Arkansas state courts really dont

Pge 10

Claim # 12 Continued: Go by the united States constitution clark county had to get a conviction however they had to do it. they Knew that there was not a snowball chance in hell that that theft did not happen in Gurdon Arkansas which is in clark county, once clark county wrongfully convicted me and I was in Akansas state prison appealing my conviction on the post conviction releif, then I did the federal Habeas corpus pulaski county came in to help clark county since they had illegally teamed up on me, and now I was doing the federal Habeas corpus Pulaski county had to take me to they court and give me some time to make sure that I couldn't get out. and it was easy because they didn't need no probable cause because they had me in the state of Arkansa state courts and they didn't need no probable cause to come get me from they prisons here in Arkansas, the state prisons aint gone inquire about no probable cause Arkansas state prisons and Jails and state courts are automaticly one System state prisons and state Jails hold you and State courts convict you however they got to do it and thats more money for them all and they all happy. it's a fact that I was brought from memphis Tennessee illegally on a warrantless arrest without probable cause 2 hundred plus miles into the state of Arkansas then shuffled around on suppose to be Evidence that they made into they evidence that was fruit of the poisonous tree. that really wasnt no evidence but they called it they evidence. the pulaski county did the exact same thing that clark county had did to make sure that I did not get out since I was exposing LT Brian Daniels and clark county framed me. I got my own home in memphis, Tn I got grandchildren That I Love and they Love me. I have had a Aunte that have died Since clark county came and illegally brought me 2 hundred miles past the Tennessee state line. My Mother is 81 years of age, I have a life and I was not on drugs I lived a normal life.

Pge 11

License and fingerprints to Detective Hicks where Hicks claims matched 4 Blackman with a Baseball cap on on a video and he said he had the fingerprints he obtained from Lt Daniels at clark county sheriff Department to nine and they matched. at my trial my Lawyer questioned the fingerprint Analyst Merianne Stidnett and it was brought out by the fingerprint Analyst that the fingerprint belonged to 3 different individuals. I have been wrongfully Convicted a second time. since I have been brought from Memphis

VIII.   Relief : Tn to over 2 hundred miles into Arkansas, pulaski county is over 2 hours from Memphis, Tn

State briefly exactly what you want the court to do for you.  **Make no legal arguments.**

Cite no cases or statutes. __ injuctive releif,   change the procedures of no preliminary hearing. and give all citizens Due process of law of a full preliminary hearing and the 5th Amendment right to they case and evidence to be looked at by a Grand Jury and indicted by a grand Jury or ana bill, if there is no Evidence, because right now pulaski county and most of all the other countys in the state of Arkansas State courts present no Evidence at all until trial and then if they can unlawfully push you through trial without evidence and convict you in trial you Just it prison unlawfully for numerous years.

to change the procedures of never presenting Evidence and no preliminary hearing to a full fledge preliminary hearing a cross examination of witnesses and present everything the prosecutor have against defendants!  give all due process and protection of the laws in order to hold defendants in Jails and take to trial

21 million dollars monetary releif.
Declaratory releif.
and to reverse my wrongful unconstitutional convictions and to discharge me from prison to repair my life and family relationships

I declare under penalty of perjury, (18 U.S.C. § 1621) that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 22nd day of march , 20 19

Respectfully Submitted,

Larry David Davis

PgE 7

I have 2 cases that they came and got me from prison and took me to court for, after having a detainer on me, and the prosecuter had filed an information 16 months before Pulaski county Prosecuter had me brought to court one time then they rushed me into trial, I never had a continuance on my behalf this delay was on the Prosecution, they knew exactly where I was at they had a detainer on me While I was in clark county Jail, they was conspiring with LT Detective Brian Daniel against me, when Brian Daniel interrogated me in may he told me about Jacksonville Police was coming to talk to me in the exact same conversation where he was telling me about some more polices was coming to talk to me about Southfork Truckstop, the prosecutor even told the Jury about my prior record and he told the Jury that I was currently incarcerated in prison where I had been convicted in clark county on the exact same charges Burglary, Theft, 5 of the same charges to be exact, and I did not get on the stand so that the Prosecuter wouldn't bring my priors up and make me look guilty and he still told the Jury about my priors and about me being in prison for the same charges by clark county conviction he told the Jury this in the closing arguments to make sure

Pge 2

that he the prosecutor won the trial whether the
Evidence pointed to me being innocent the Prosecutor
didn't care about me being innocent as long as he
won the trial

800-1983 A

## CERTIFICATE OF SERVICE

I, _Larry David Davis_, the Petitioner herein, do hereby certify that on this _24_ day of _March_, 20 _19_, a copy of the foregoing was served on the following by placing in the US mail with sufficient postage affixed to ensure delivery to :

Pro-Se Law Clerk

_____
_____
_____

_Larry David Davis_
Petitioner, *Pro se*

STATE OF ARKANSAS    )
                     )§
COUNTY OF ~~Chicot~~ Desha    )

SUBSCRIBED AND SWORN TO BEFORE ME, a *Notary Public*, on this _13th_ day of _March_, 20 _19_.

_Nedra L. Donley_
Notary Public

My Commission Expires : _4·05·2028_

NEDRA L. DONLEY
NOTARY PUBLIC-STATE OF ARKANSAS
DESHA COUNTY
My Commission Expires 04-05-2028
Commission # 12705938

5

Larry David Davis #123330
880 East Gaines St

Dermott AR
71638

ADC

DELTA

NEOPOST                          FIRST-CLASS MAIL

04/08/2019
US POSTAGE $002.80º

041M11284347

United States District Court
office of the clerk
30 56th street, Room 1038
Fort Smith, AR Kansas
72901

DELTA REGIONAL UNIT
LAW LIBRARY