# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY DAVID DAVIS, ADC #123330**                                        **PLAINTIFF**

**VS.**                                   **4:19-CV-00264-BRW**

**LARRY TEGLEY,** *ET AL.*                                              **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

I certify that an *in forma pauperis* appeal of this dismissal would be frivolous and would not be taken in good faith.

IT IS SO ORDERED this 16th day of April, 2019.

                                                       <u>Billy Roy Wilson</u>
                                                       UNITED STATES DISTRICT JUDGE